**Entered on Docket**
**June 18, 2010**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

___

WILLIAM L. McGIMSEY
A Professional Corporation
Nevada Bar No. 546
3017 W. Charleston Blvd., Suite 30
Las Vegas, NV 89102
(702) 382-9948

Attorney for Interested Party
Rosemary Ricafort

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: ) | BK-S-10-16168 lbr |
| ) | Chapter 13 |
| ROLDAN MAGIPAYO RICAFORT, ) | |
| ) | Date: 06/23/10 |
| Debtor. ) | Time: 10:30 a.m. |

### ORDER LIFTING AUTOMATIC STAY

Pursuant to the Motion for Relief from Automatic Stay filed by Interested Party Rosemary Ricafort and the Stipulation entered into between the parties hereto,

IT IS HEREBY ORDERED that the automatic stay is lifted for the parties herein to proceed with the divorce matter presently pending in the Eighth Judicial District Court, Family Court Division, Clark County, Nevada.

////

////

////

////

IT IS FURTHER ORDERED that no transfer of assets will be effective absent court approval.

IT IS SO ORDERED.

Submitted by:

*/s/ William L. McGimsey*
WILLIAM L. McGIMSEY, ESQ.
3017 W. Charleston Blvd., Suite 30
Las Vegas, NV 89102
Attorney for Interested Party Ricafort

###